# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **DAMIAN L. MARTÍNEZ**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **26-2448 MJ** | Date: | **6/2/2026** | Recording Information: | **LCR ANIMAS** |
|---|---|---|---|---|---|
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **BRIAN ANTHONY PORI** | **ANDRE POISSANT, AFPD STANDING IN** | | |
| | | | |
| | | | |
| | | | |

| Assistant U.S. Attorney: | **TANISHA HENSON** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **9:57-10:10 A.M. (13 mins)** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant(s) regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Set for Preliminary/Detention on 6/9/2026 at 10:30 A.M. (Dona Ana Courtroom). Defendant to be interviewed by Pretrial Services. |

| | |
|---|---|
| ☒ | Defendant in custody |

| | |
|---|---|
| ☒ | Other: ATTORNEY NICK HART WAS PRESENT AT THE HEARING. AUSA HENSON ADVISED THERE ARE NO IDENTIFIED VICTIMS. IF AND WHEN A FINANCIAL AFFIDAVIT IS RECEIVED, THE COURT WILL DETERMINE WHO COUNSEL WILL BE, DEFENDANT IS NOT ABLE TO PICK HIS COUNSEL. **COURT WILL SET PRELIMINARY/DETENTION HEARING ON TUESDAY, 6/9/2026 AT 10:30 A.M. DEFENDANT TO BE INTERVIEWED BY PRETRIAL SERVICES.** |