Before the Honorable DAMIAN L. MARTINEZ

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **26-MJ-2448** | Date: | **6/9/2026** | Recording Information: | **LCR SIERRA BLANCA** | | |
|---|---|---|---|---|---|---|---|
| Clerk: | **B. WILSON** | Type of Hearing: | | **PRELIMINARY/DETENTION (EVIDENTIARY)** | | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **BRIAN ANTHONY PORI** | **DAMIAN RASMUSSEN** | ☒ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **JAMES DICKENS** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **DIANA LOPEZ** | Court in Session: | **3:19-4:43 P.M.   1 HOUR, 24 MIN** | |

3:19 P.M.   GOVERNMENT CALLED WITNESS: SPECIAL AGENT JORDAN SPATH, FBI (SWORN).

3:21 P.M.   WITNESS IDENTIFIED DEFENDANT.

3:21 P.M.   GOVERNMENT - DIRECT EXAMINATION OF WITNESS.

3:32 P.M.   GOVERNMENT PASSED WITNESS.

3:32 P.M.   DEFENSE - CROSS EXAMINATION OF WITNESS.

3:33 P.M.   GOVERNMENT OBJECTS TO QUESTION REGARDING CHARGE.

3:33 P.M.   COURT SUSTAINED.

3:34 P.M.   DEFENSE ARGUES THAT THE WITNESS REFERENCED THE COMPLAINT.

COURT ALLOWS WITNESS TO ANSWER.

3:35 P.M.   DEFENSE CONTINUES CROSS EXAMINATION OF WITNESS.

3:37 P.M.   GOVERNMENT OBJECTS – BELIEVES DEFENSE IS ARGUING MOTION TO SUPPRESS.

3:38 P.M.   DEFENSE CONTINUES CROSS EXAMINATION OF WITNESS.

3:39 P.M.   GOVERNMENT OBJECTS TO QUESTION ABOUT SEARCH BEING EXCLUSIVE TO CONTRABAND.

3:40 P.M.   OVERRULED; COURT ALLOWS QUESTION.

3:40 P.M.   DEFENSE CONTINUES CROSS EXAMINATION OF WITNESS.

3:44 P.M. GOVERNMENT OBJECTS.

    COURT INSTRUCTS DEFENSE TO GET TO THE QUESTION.

3:45 P.M. DEFENSE CONTINUES CROSS EXAMINATION OF WITNESS.

3:54 P.M. DEFENSE PASSED WITNESS.

3:54 P.M. REDIRECT BY GOVERNMENT.

3:58 P.M. NOTHING FURTHER BY GOVERNMENT OR DEFENSE.

3:58 P.M. COURT ASKS WITNESS QUESTIONS.

4:02 P.M. REDIRECT BY GOVERNMENT.

4:02 P.M. RECROSS BY DEFENSE.

4:06 P.M. WITNESS EXCUSED.

4:07 P.M. GOVERNMENT – CLOSING ARGUMENT.

4:12 P.M. DEFENSE – CLOSING ARGUMENT.

4:17 P.M. GOVERNMENT – FOLLOW UP STATEMENT.

4:19 P.M. COURT FINDS PROBABLE CAUSE THAT DEFENDANT POSSESSED CHILD PORNOGRAPHY.

DETENTION HEARING:

PROBATION RECOMMENDS CONDITIONS OF RELEASE.

COURT REFERS TO BRIEF FILED BY GOVERNMENT.

GOVERNMENT ARGUES FOR DETENTION AS A FLIGHT RISK AND DANGER.

DEFENSE ARGUES FOR RELEASE.

COURT REQUESTS INFORMATION FROM PRETRIAL TO VERIFY ADDRESS IN MEXICO. PRETRIAL WAS UNABLE TO VERIFY ADDRESS.

GOVERNMENT CONTINUES TO ARGUE FOR DETENTION.

COURT FINDS THAT BY PREPONDERANCE OF THE EVIDENCE, IT COULD NOT CRAFT ANY CONDITIONS THAT WOULD REASONABLY ENSURE DEFENDANT'S APPEARANCE; DEFENDANT WILL BE DETAINED PURSUANT TO THE DETENTION ORDER THAT WILL BE FILED. DEFENDANT CAN FILE AN APPEAL IF DO NOT AGREE WITH DECISION.

4:43 P.M. COURT IN RECESS.